<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

</div>

| | |
|---|---|
| ELECTRONIC PRIVACY <br>     INFORMATION CENTER <br><br>     Plaintiff <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br>     HOMELAND SECURITY <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 1:09-cv-02084(RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<div style="text-align:center">

**AFFIDAVIT IN SUPPORT OF DEFAULT**

</div>

    I hereby certify under penalty of perjury, this 8th day of January 2010, that I am the attorney of record for the plaintiff in the above-entitled case; that the Defendant, the United States Department of Homeland Security, was properly served with the Complaint and all other required papers on November 12, 2009, via certified mail pursuant to Fed. R. Civ. P. 4(i)(2).

    I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; and that the Defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ John Verdi*

John Verdi, Esquire (DC Bar #495764) <br>
Marc Rotenberg, Esquire (DC Bar #422825) <br>
ELECTRONIC PRIVACY INFORMATION CENTER <br>
1718 Connecticut Ave. NW <br>
Suite 200 <br>
Washington, DC 20009 <br>
(202) 483-1140 (telephone) <br>
(202) 483-1248 (facsimile)

</div>

__495764__ <br>
Bar ID Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2010, a true copy of the foregoing Affidavit in Support of Default was served via U.S. Mail on:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Channing D. Phillips
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

_____
John Verdi