# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY<br>    INFORMATION CENTER<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:09-cv-02084(RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MAILING

I, Ginger McCall, hereby state that:

On the 9th day of November, 2009, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 7006 2150 0001 7646 7028 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of November, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

_____1/12/10_____
(Date)

_____
(Signature)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2010, a true copy of the foregoing

Affidavit of Mailing was served via U.S. Mail on:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Channing D. Phillips
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

_____
John Verdi