

*Home | Help | Sign In*

**Track & Confirm**    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 7646 7011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:49 AM on November 12, 2009 in WASHINGTON, DC 20528.

**Track & Confirm**
Enter Label/Receipt Number.



Detailed Results:
- **Delivered**, November 12, 2009, 11:49 am, WASHINGTON, DC 20528
- **Notice Left**, November 12, 2009, 10:50 am, WASHINGTON, DC 20528
- **Arrival at Unit**, November 12, 2009, 10:26 am, WASHINGTON, DC 20022
- **Acceptance**, November 09, 2009, 12:49 pm, WASHINGTON, DC 20009

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



