# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:09cv2084 (RMU) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and Notice in Opposition to Entry of Default, and there being good cause shown, it is hereby

ORDERED that Defendant's Motion is GRANTED, and it is further

ORDERED that Defendant file any answer or responsive pleading by January 22, 2010, and it is further

ORDERED that the Clerk refrain from entering a default in this matter.


So ordered on this _____ day of January, 2010

_____
RICARDO M. URBINA
United States District Judge