# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | : <br> : <br> :    Civil Action No.:    09-2084 (RMU) |
| Plaintiff, | : <br> : |
| v. | : <br> :    Re Document Nos.:    18, 20 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | : <br> : <br> : |
| Defendant. | : |

## ORDER

### GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 12th day of January, 2011, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for summary judgment is **DENIED**.

**SO ORDERED**.

 

                                                                        RICARDO M. URBINA
                                                    United States District Judge