UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>)<br>Defendant.  )<br>) | Case No. 1:09-cv-02084 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

For the reasons set forth below, defendant hereby respectfully moves for an extension of time, to and including April 18, 2011, in which to file its response to plaintiff's motion for reconsideration (Docket # 34):

1. The defendant's present deadline is April 7, 2011.

2. Lead counsel for defendant, Jesse Grauman, is out of the office on scheduled leave beginning March 21 through March 31, 2011. Given his absence and pre-existing deadlines in other cases to which he is assigned, Mr. Grauman requires additional time to prepare and file a response to plaintiff's motion for reconsideration.

3. On March 29, 2011, plaintiff's counsel, John Verdi, advised undersigned government counsel that plaintiff does not oppose this motion for an extension of time, to and including April 18, 2011.

**CONCLUSION**

For the foregoing reasons, the Court should grant the defendant's unopposed motion for an extension of time, to and including April 18, 2011, in which to file its response to plaintiff's motion for reconsideration.

Date: March 30, 2011                                    Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    RONALD S. MACHEN JR.
                                                    United States Attorney

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Branch Director

                                                    */s/ Carlotta P. Wells*
                                                    CARLOTTA P. WELLS
                                                    JESSE Z. GRAUMAN (Va. Bar No. 76782)
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch

                                                    Mailing Address:
                                                    Post Office Box 883
                                                    Washington, D.C.  20044
                                                    Courier Address:
                                                    20 Massachusetts Ave., N.W.
                                                    Washington, D.C. 20001

                                                    Telephone:    (202) 514-2849
                                                    Fax:              (202) 616-8460
                                                    Email:           jesse.z.grauman@usdoj.gov

                                                    Attorneys for Defendant