UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Case No. 1:09-cv-02084 (RMU) |

**PROPOSED ORDER**

Upon consideration of defendant's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Reconsideration, it is hereby

ORDERED that the time for defendant to respond to plaintiff's motion for reconsideration is extended to and including April 18, 2011.

_____    _____
Date                           RICARDO M. URBINA
                               United States District Judge